

MARTIN, J. Offense, the unlawful sale of intoxicating liquor; penalty, one year.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Rance BAILEY, Appellant, v. STATE of Texas, Appellee. (No. 12969.)

Court of Criminal Appeals of Texas. Oct. 23, 1929.

F. O. Fuller, of Houston, and M. E. Cain, of Liberty, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful transportation of intoxicating liquor; penalty, one year.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Alvie ADAMS, Appellant, v. STATE of Texas, Appellee. (No. 12120.)

Court of Criminal Appeals of Texas. Nov. 6, 1929.

For original opinion, see 20 S.W.(2d) 772.

HAWKINS, J. Appellant requests leave to file second motion for rehearing. No new question is presented, it only being urged that we are in error regarding the matter considered on motion for rehearing. We have given our best endeavor to solve the question correctly, and believe the announcement heretofore made has reached that end.

The request is denied.